UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 NOV -3 PM 1:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORGANIZATION FOR THE
ADVANCEMENT OF MINORITIES
WITH DISABILITIES, suing on
behalf of David Singeltary
and its members; DAVID
SINGELTARY, an individual,,

    Plaintiff,

vs.

U-HAUL CENTER OF 43 STREET;
U-HAUL COMPANY OF CALIFORNIA,

    Defendant.

CASE NO. 06CV0132-L(CAB)

JUDGMENT AND DISMISSAL BY COURT
UNDER Local Cv Rule 41.1 FOR WANT OF
PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: 10/30/06

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____